Jeffrey Karl CALHOUN, Plaintiff—Appellant,

v.

State of CALIFORNIA; et al., Defendants—Appellees.

No. 04–55169.

D.C. No. CV–03–00892–JVS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 18, 2004.

Jeffrey Karl Calhoun, Long Beach, CA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Elizabeth Hong, Brian Vaughan, Esq., Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jeffrey Karl Calhoun appeals pro se the district court's Fed.R.Civ.P. 41 dismissal without prejudice, based on lack of prosecution, of his action alleging violations of Title II of the Americans with Disabilities Act by the State of California and three employees of the Los Angeles County Superior Court. Calhoun was a litigant in a state domestic violence matter, and alleged that his motion for disabled accommodation was wrongfully denied by the state court. The district court dismissed when Calhoun failed to appear at a scheduling conference and failed to respond to the district court's order to show cause why he had not appeared. In his opening brief, Calhoun does not explain his failure to prosecute his action in the district court.

The district court may dismiss a case *sua sponte* for failure to prosecute. *Ash v. Cvetkov,* 739 F.2d 493, 496 (9th Cir.1984). Because the district court warned Calhoun that failure to comply with its orders could result in dismissal and provided him an

opportunity to comply, it was not an abuse of discretion to dismiss his action for failure to prosecute. *Id.*

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the